12th Court of Appel
Cleck

March-15-2015

Dear Cleck

Would you please present this Petition for Writ of Mandamus to the Court And these Doctment of the Order Denying Defendents Motion to set aside the Judgment of Guilt And sentence. Motion For New tial Arrest Judgment And Motion For Judgment Nunc Pro Tunc. And the Motion To Enter Judgment Nunc Pro tunc Order That was filed on 1-19-2015 to the 7th District Court. I do not have Any Corey of the Order. Thank you for your Time in this matter

Jody McCreary

Jody Ford McCreary
1694118 Ellis Unit

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 19 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

In The Court of Appeal
Twelfth Court of Appeal District
Tyler Tx

Relator: Jody Ford McCreary .V. Respondent Judge Kerry
L. Russel. In the 7th District Court of smith
County Cause No. 007-1110-10

FILED IN COURT OF APPEALS
12th Court of Appeals District
MAR 19 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Petition: For a Writ of Mandamus
With Brief to Support

Now Come Jody Ford McCreary and Pro se
and file this Petition for a writ of Mandamus
an Order to Compel the respondent Judge
Kerry .L. Russel to enter affirmative finding into
the Judgment Nunc Pro Tunc Texas Rule
Appellate procedure Rule 36 (a)
see state .V. Ross 953. SW 2d. 748 755
(Tex Crim App 1997)

I

STATEMENT OF FACTS

On March-15-2012 "Relator filed," "Motion to set aside
the Judgment of Guilt and Sentence, "Motion for
New Trial." " "Arrest Judgment." and "Motion for Judgment
Nunc Pro Tunc." On March-22-2012 "Respondent "
Judge Kerry .L. Russel Denied "Motion for New Trial,
"Arrest Judgment," and Motion for Judgment Nunc
pro Tunc," On March 2012 Relator file a Notice
of Appeal in Cause No. 12-12-00-125 CR See McCreary
V State of texas. Appeal from the 7th Judicial District
Court Smith County Texas Cause No 12-12-00125

p.g 1

over

On May-9-2012 The Court of Appeal denied the appeal for Want of Jurisdiction.

On January 19 2015 Relator filed a second Motion to enter Judgement nunc pro Tunc Order

Texas Rule Appellate procedure Rule 36 (a) In the 7th District Court of Smith County Where the Judgment of Conviction indicated that on January - 13- 2011 that the defendant Jody Ford McCreary plea guilty to the offense of Tampering with evidence.

When in fact that Relator Jody Ford McCreary, did not plea guilty to the offense of the Tampering with evidence and the Respondent Judge Kerry-L. Russel have not enter affirmative finding into the Judgment nunc pro Tunc Order," that was filed on January-19-2015 and on March-15-2012 in the 7th District Court of Smith County

The purpose of a "nunc pro Tunc Order" is to Correctly reflect from record of the Court a judgment actually made by it but which for some reason was not entered of record at the proper time Exparte Dopps 723 S.W 2d 669 (Tex Crim App 1986) Alvarez-V. State 605 S.W. 2d 651 Tex Crim App (jan 09 1980)

A Judgment may be reformed so as to show the offense of Which the accused was found guilty by a Court and jury Hughes.V. State 493 S.W 2d. 166, 170 (Tex Crim App 1973)

A Nunc pro Tunc Order may Correct Clerical error in a judgment but not judicial ommission Dopps 723 S.W. 669.

p g 2

A Clerical error is one does not result from judicial reason or determination. *Alvarez 605. S.W 2d. 615* Finally: the Classification of an error a Clerical or is a ~~II~~ question of Law I.d.

## II
## Jurisdiction

The 12th Court of Appeal have jurisdiction to issue a mandamus an order to Compel the respondent Judge Kerry L. Russel to enter affirmative finding into the judgment Nunc Pro Tunc Tex Rule Appellate procedure Rule 36 (a) see *Ross 953 S.W. 2d. 748, 755.* (Tex Crim App 1997) (Original proceeding) the Court review an order granting a Motion Nunc Pro Tunc and held ~~that~~ the failure of a trial Court to do an act that is mantoir is a clerical error as opposed to. ~~In el~~ an error of judicial reason. the Court reasoned that because the action was mandatory in nature a Writ of Mandamus Could be sought to require a judge to alter his written Judgment see *Exparte Poe 751 s-w. 2d. 873, 876* (Tex Crim App 1988) Holding in connection with judgment Nunc Pro Tunc that when a Court has no discretion on matter when it is other Words a Mandatory duty then the failure of the Court to Comply is Considered a Clerical error no judicial is required.

pg 3.

## PRAYER

Wherefore Relator pray to the Court of appeal that this Petition for a Writ of Mandamus with Brief to Surport will be Granted.

## Order

1. Therefore it is order to compel the respondent Judge Kerry L. Russel to affirmative finding into the Judgment Nunc Pro Tunc Order. and

2. Order that the 7th District Court bench Warrant and bring Relator, Judg Ford McCreary before the Court of the hearing of the Judgment Nunc pro tunc. and

3. Order that the 7th District Court to appointed Attorney to repersent the relator for a hearing of Judgment Nunc Pro Tunc. Order

On March 26 2015

p.g. 4

CAUSE NO. 007-1110-10

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 7TH JUDICIAL |
| | § | |
| VS. | § | DISTRICT COURT IN AND FOR |
| | § | |
| JODY FORD MCCREARY | § | SMITH COUNTY, TEXAS |

### ORDER DENYING DEFENDANT'S MOTION TO SET ASIDE THE JUDGMENT OF GUILT AND SENTENCE, MOTION FOR NEW TRIAL ARREST JUDGEMENT AND MOTION FOR JUDGEMENT NUNC PRO TUNC

On the 22nd day of March, 2012, the above-entitled and numbered cause came before the Court for the purpose of Defendant Jody McCreary's Motion to Set Aside the Judgment of Guilt and Sentence, Motion for New Trial Arrest Judgment and Motion for Judgment Nunc Pro Tunc filed on March 15, 2012. The Court takes judicial notice of the Court's file herein and the evidence presented.

The Court finds that Defendant Jody McCreary's Motions should be **DENIED**.

**IT IS THEREFORE ORDERED** that Jody McCreary's Motion to Set Aside the Judgment of Guilt and Sentence, Motion for New Trial Arrest Judgment and Motion for Judgment Nunc Pro Tunc are **DENIED**.

**IT IS SO ORDERED**.

Signed on this the 22nd day of March, 2012.

_____
HONORABLE KERRY L. RUSSELL
Judge, 7th Judicial District Court
Smith County, Texas

cc: Jody Ford McCreary
TDCJ# 01694118
William G. McConnell Unit
3001 South Emily Drive
Beeville, TX 78102

FILED

MAR 2 2 2012

CLERK 7th AND DIST COURT, SMITH CO., TX
BY _____ DEPUTY